JS-6

1
2
3
4
5
6                    UNITED STATES DISTRICT COURT
7                    CENTRAL DISTRICT OF CALIFORNIA
8
9    KOMEI SHIKIYA,                          CASE NO.:  EDCV 20-358-GW-KKx
10                Plaintiff,                 **ORDER ON JOINT STIPULATION**
11                                           **REGARDING DISMISSAL WITH**
                                             **PREJUDICE**
12          v.
13   WELLS FARGO BANK, N.A.;
14   QUALITY LOAN SERVICE CORP.;             [*The Hon. George H. Wu*]
     and DOES 1 through 50 inclusive
15
16                Defendants.
17
18
19
20
21
22
23
24
25
26
27
28

1      Pursuant to the terms of a confidential settlement agreement effective March

2  5, 2020, between plaintiff and defendant Wells Fargo Bank, N.A., the joint

3  stipulation of dismissal executed and filed by all parties, and good cause appearing,

4  IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:

5      1.     The above-entitled action is dismissed *with prejudice* as to all

6  defendants;

7      2.     The Court retains jurisdiction to enforce the terms of the settlement

8  agreement between plaintiff and defendant Wells Fargo Bank, N.A.;

9      3.     Each party shall bear their own fees and costs; and

10      4.     The Court shall close its file.

DATED: March 19, 2020

_____
HON. GEORGE H. WU
UNITED STATES DISTRICT JUDGE.

**CERTIFICATE OF SERVICE**

I, the undersigned, declare that I am over the age of 18 and am not a party to this action. I am employed in the City of Pasadena, California; my business address is Anglin, Flewelling, Rasmussen, Campbell & Trytten LLP, 301 N. Lake Avenue, Suite 1100, Pasadena, California 91101-4158.

On the date below, I served a copy of the foregoing document entitled:

**ORDER ON JOINT STIPULATION
REGARDING DISMISSAL WITH PREJUDICE**

on the interested parties in said case as follows:

**Served By Means Other than Electronically
Via the Court's CM/ECF System:**

| | |
|---|---|
| *Plaintiff, Pro Se* | *Attorneys for Defendant*<br>*Quality Loan Service Corporation* |
| Komei Shikiya<br>35590 Desert Rose Way<br>Lake Elsinore, CA 92532 | Julie O. Molteni, Esq.<br>Quality Loan Service Corporation<br>2763 Camino Del Rio S<br>San Diego, CA 92108-3708 |

☒ **BY MAIL:** I am readily familiar with the firm's practice of collection and processing correspondence by mailing. Under that same practice it would be deposited with U.S. Postal Service on that same day with postage fully prepaid at Pasadena, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. I declare that I am employed in the office of a member of the Bar of this Court, at whose direction the service was made. This declaration is executed in Pasadena, California on March 18, 2020.

| | |
|---|---|
| Marianne Mantoen | /s/ Marianne Mantoen |
| (Type or Print Name) | (Signature of Declarant) |